IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES TAYLOR | : | No. 20-cr-443-1 |

## ORDER

AND NOW, this 29th day of July, 2022, upon the consideration of Defendant James Taylor's Motion to Suppress (Doc. No. 21), the Government's Response in Opposition (Doc. No. 26), the hearing held on February 3, 2022 and June 6, 2022, and the parties' post-hearing memoranda (Doc. Nos. 41 & 42), it is **ORDERED** that the Motion to Suppress (Doc. No. 21) is **DENIED WITHOUT PREJUDICE** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1